1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 385-7517
4
5  Attorneys for Plaintiff
6
7
8               IN THE UNITED STATES DISTRICT COURT
9               EASTERN DISTRICT OF CALIFORNIA
10
11 MONIQUE R. KANE              )   Case No.  14-2419 CKD
                                )
12                              )
                                )
13                              )   STIPULATION AND
                                )   ORDER EXTENDING PLAINTIFF'S
14         Plaintiff,           )   TIME TO FILE SUMMARY
                                )   JUDGEMENT MOTION
15 v.                           )
                                )
16 CAROLYN W. COLVIN,           )
   ACTING COMMISSIONER OF SSA   )
17                              )
                                )
18         Defendant.           )
                                )
19                              )

20
21     IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that
22 Plaintiff's time to file her summary judgment motion is hereby extended from March 6, 2015, to
23 April 10, 2015, with all other deadlines extended accordingly. This extension is required due to
   counsel's briefing schedule.
24
25
   / / / /
26
   / / / /
27
   / / / /
28

                                      1

Dated: March 2, 2015                     */s/Bess M. Brewer*
                                          BESS M. BREWER
                                          Attorney at Law

                                          Attorney for Plaintiff


Dated: March 2, 2015                      Benjamin B. Wagner
                                          United States Attorney

                                          Donna L. Calvert
                                          Regional Chief Counsel, Region IX
                                          Social Security Administration

                                          /s/Ann Lucille Maley
                                          ANN LUCILLE MALEY

                                          Special Assistant United States Attorney
                                          Attorneys for Defendant


**ORDER**

APPROVED AND SO ORDERED.

Dated:   March 3, 2015

                                          _____
                                          CAROLYN K. DELANEY
                                          UNITED STATES MAGISTRATE JUDGE