1 BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
2 P.O. Box 5088
Sacramento, CA 95817
3 Telephone: (916) 385-7517

4

Attorneys for Plaintiff
5

6

7

**IN THE UNITED STATES DISTRICT COURT**
8
**EASTERN DISTRICT OF CALIFORNIA**
9

10

11 **MONIQUE R. KANE**                          )
                                               )          **Case No.   14-2419 CKD**
                                               )
12                                             )
                                               )
13                                             )          **STIPULATIONAND** ~~**PROPOSED**~~
                                               )          **ORDER EXTENDING PLAINTIFF'S**
             **Plaintiff,**                     )          **TIME TO FILE SUMMARY**
14                                             )          **JUDGMENT MOTION**
   **v.**                                       )
15                                             )
   **CAROLYN W. COLVIN,**                       )
16 **ACTING COMMISSIONER OF SSA**               )
                                               )
17           **Defendant.**                     )
                                               )
18 _____            )

19

20          IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that

21 Plaintiff's time to file her summary judgment motion is hereby extended from April 10, 2015, to April

22 20, 2015,   with all other deadlines extended accordingly.   This extension is required due to counsel's

23 failure to re calendar the due date for Ms. Kane's summary judgment motion.   (See declaration.)

24 / / / /

25 / / / /

26 / / / /

27

28

1   I , Bess M. Brewer, Declare:

2       1.      I am an attorney licensed the practice law in California and am admitted

3               to practice before this Court. I represent the plaintiff in the above

4               referenced case.

5       2.      Plaintiff's motion for summary judgment was extended to April 10,

6               2015, unfortunately, I failed to re calender the  new due date. I just

7               became aware of the oversight today.

8       3.      I apologize to the Court for my failure to file Ms. Kanes' summary

9               judgment motion on time.

10      I declare under the penalty of perjury that the foregoing is true and correct to the best of my

11   knowledge, and that this declaration was executed on April 14, 2015. In Sacramento, California.

12                                                  /s/ Bess M. Brewer

13                                                  BESS M. BREWER

14

15

16   Dated: April 14, 2015          /s/Bess M. Brewer
                                     BESS M. BREWER
                                     Attorney at Law
17
                                     Attorney for Plaintiff
18

19

20
     Dated: April 14, 2015          Benjamin B. Wagner
21                                   United States Attorney

22                                   Donna L. Calvert
                                     Regional Chief Counsel, Region IX
23                                   Social Security Administration

24                                   /s/Ann Lucille Maley
                                     ANN LUCILLE MALEY
25
                                     Special Assistant United States Attorney
26                                   Attorneys for Defendant

27

28

**ORDER**

1

APPROVED AND SO ORDERED.

2

Dated:   April 16, 2015

3

_____

4                                                CAROLYN K. DELANEY
                                                 UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28