1

BENJAMIN B. WAGNER
United States Attorney

2

DONNA L. CALVERT

3

Regional Chief Counsel, Region IX
Social Security Administration

4

ANN L. MALEY 176877
Special Assistant United States Attorney

5

    160 Spear Street, Suite 800
    San Francisco, California 94105

6

    Telephone: (415) 977-8974

7

    Facsimile: (415) 744-0134
    E-Mail:  ann.maley@ssa.gov

8

9

Attorneys for Defendant

10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

11

**SACRAMENTO DIVISION**

12

13

MONIQUE R. KANE,

) Case No.: 2:14-CV-02419 CKD
)

14

)
)

         Plaintiff,

STIPULATION AND ~~PROPOSED~~ ORDER
FOR AN EXTENSION OF TIME

15

)
)

    vs.

)

16

CAROLYN W. COLVIN

)

Acting Commissioner of Social Security,

)

17

)
)

18

       Defendant.

)
)

19

)

20

21

    IT IS HEREBY STIPULATED, by and between the parties, through their respective

22

counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be

23

extended from May 21, 2015, to June 22, 2015.  This is Defendant's first request for an

24

extension of time in this case.  Defendant respectfully requests this additional time because

25

counsel for defendant was ill last week due to the flu and is now behind schedule.

26

    The parties further stipulate that the Court's Scheduling Order shall be modified

27

accordingly.

28

Stip. & Prop. Order for Ext. 2:14-CV-02419-CKD       1

1    Counsel apologizes to the Court for any inconvenience caused by this delay.

2

3    Dated:  May 18, 2015

    Respectfully submitted,
    */s_ Bess Brewer*_____

4    (As authorized via email on 5/18/15)
    BESS BREWER

5    Attorney for Plaintiff

6

7    Dated:  May 18, 2015

    BENJAMIN B. WAGNER
    United States Attorney

8    DONNA L. CALVERT
    Regional Chief Counsel, Region IX

9    Social Security Administration

10

        By:     /s/ Ann L. Maley_____

11

12    ANN L. MALEY
    Special Assistant U.S. Attorney

13    Attorneys for Defendant

14

15

16                ORDER

17

18    APPROVED AND SO ORDERED:

19

20    Dated:  May 19, 2015

    _____
    CAROLYN K. DELANEY

21

22    UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28